# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |
|---|---|
|  | Civil Action NO. 09-2121 |
| versus | Judge Richard T. Haik, Sr. |
| **Commissioner of Social Security** | Magistrate Judge C. Michael Hill |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objection filed herein, this Court concludes that the claimant's objection as to the date of termination of benefits is correct and the Court adopts the findings and conclusions of the Report and Recommendation with the following amendment:

> 42 U.S.C. Section 423(a)(1) provides in pertinent part:
> Every individual who . . .
> (D) has filed an application for disability insurance benefits . . . and
> (E) is under a disability . . . shall be entitled to a disability insurance benefit (ii) for each month beginning with the first month ... and ending with the month preceding whichever of the following months is the earliest: the month in which he dies, the month in which he attains retirement age (as defined in section 416(l) of this title), or, subject to subsection (e) of this section, the termination month.

See 42 U.S.C. §§ 423(a)(1)(E). Claimant moves the Court to amend the Report and Recommendation in order to continue benefits through the date of the Court's decision. Based on the foregoing as well as the record indicating the government has not objected,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the claimant be awarded benefits as of April 2, 2002, through the date of the entry of this Judgment.

Lafayette, Louisiana, this 19th day of December, 2013.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE